The judgments are affirmed pursuant to Rules 30.25(b) and 84.16(b).

■

STATE of Missouri, Plaintiff/Respondent,

v.

Kenneth GARRETT, Defendant/Appellant.

Kenneth GARRETT, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 66644, 68484.

Missouri Court of Appeals,
Eastern District,
Division One.

May 14, 1996.

Deborah B. Wafer, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM

A jury found defendant guilty of second degree trafficking, a Class A felony, § 195.223, RSMo 1994. The trial court sentenced him as a prior offender to 15 years imprisonment. He appeals the judgment and the denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.